MARK D. LONERGAN (State Bar No. 143622)
REBECCA S. SAELAO (State Bar No. 222731)
LASZLO LADI (State Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| FRIEDRICH DEIGNER, | Case No. 3:17-cv-04350-JST |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| WELLS FARGO BANK, N.A., | The Hon. Jon S. Tigar |
| Defendant. | Action Filed: August 1, 2017 |

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

IT IS HEREBY STIPULATED by and between plaintiff Friedrich Deigner ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), that the action be dismissed *with prejudice* pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: February 16, 2018          Lemberg Law, LLC


By: _____*/s/ Trinette G. Kent*_____
　　　　　Trinette G. Kent

Attorneys for Plaintiff FRIEDRICH DEIGNER

---

| | | |
|---|---|---|
| 1 | DATED:  February 16, 2018 | SEVERSON & WERSON<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/ Laszlo Ladi_____<br>Laszlo Ladi |
| 5 | | |
| 6 | | Attorneys for Defendant WELLS FARGO BANK, N.A. |

DATED:  February 16, 2018     SEVERSON & WERSON
                               A Professional Corporation

                               By:  _____/s/ Laszlo Ladi_____
                                         Laszlo Ladi

                               Attorneys for Defendant WELLS FARGO BANK, N.A.

Pursuant to Local Rule 5-1(i)(3), I – Laszlo Ladi – attest that concurrence in the filing of this document has been obtained from Trinette G. Kent.

*/s/ Laszlo Ladi*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the stipulation of the parties Plaintiff's action against Wells Fargo Bank, |
| 3 | N.A. is dismissed *with prejudice*. |
| 4 | IT IS SO ORDERED. |
| 6 | DATED: February 16, 2018 |
| 7 | Hon. Jon S. Tigar |